

**FILED**
FEB 23 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 22-30020-SPM |
| ) | |
| ANGELA STOCKAMP, ) | Title 21 U.S.C. § 843(a)(3) |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**Acquiring and Obtaining Lorazepam by Misrepresentation, Fraud, and Deception**

On or about July 29, 2021, in Madison County, within the Southern District of Illinois,

**ANGELA STOCKAMP,**

defendant herein, did knowingly and intentionally acquire and obtain Lorazepam, a Schedule IV controlled substance, by misrepresentation, fraud, and deception; all in violation of Title 21, United Sates Code, Sections 843(a)(3).

### COUNT 2

**Acquiring and Obtaining Lorazepam by Misrepresentation, Fraud, and Deception**

On or about August 9, 2021, in Madison County, within the Southern District of Illinois,

**ANGELA STOCKAMP,**

defendant herein, did knowingly and intentionally acquire and obtain Lorazepam, a Schedule IV controlled substance, by misrepresentation, fraud, and deception; all in violation of Title 21, United Sates Code, Sections 843(a)(3).

A TRUE BILL

███████████████

FOREPERSON

_____
ZOË J. GROSS
Assistant United States Attorney

_____
Digitally signed by STEVEN WEINHOEFT
Date: 2022.02.21 13:00:33 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $10,000 unsecured