## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELA STOCKAMP,

    Defendant.

Case No. 22-CR-30020-SPM-1

## <u>MEMORANDUM AND ORDER</u>

**McGLYNN, District Judge:**

  Pending before the Court is the United States of America's Motion to Dismiss Indictment as to Defendant Angela Stockamp. (Doc. 33). On February 23, 2022, a grand jury returned an Indictment that charged Stockamp with two counts of Acquiring and Obtaining Lorazepam by Misrepresentation, Fraud, and Deception in violation of Title 21, United States Code, Section 843(a)(3). (Docs. 1, 2). On or about September 7, 2022, Stockamp entered into a Pretrial Diversion Agreement with the Government in which she acknowledged responsibility for the charged offenses and agreed to an eighteen-month program of supervision by the Probation Office in return for the Government's dismissal of the pending Indictment upon her successful completion of the program. (Doc. 25).

  The Government's Motion to Dismiss indicates Stockamp has fully complied with the terms of her pretrial diversion during the past 18 months. (Doc. 33). Accordingly, the Government moves to dismiss the Indictment in this matter. Under Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court,

dismiss an indictment . . . ." Because Stockamp has complied with all requirements of the Pretrial Diversion Agreement, the Court **GRANTS** the Motion to Dismiss (Doc. 33). The Indictment (Docs. 1, 2) is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to close this case. The Court commends Ms. Stockamp for successfully completing her term of diversion and wishes her the best in her future endeavors.

**IT IS SO ORDERED.**

**DATED:  March 20, 2024**

_s/ Stephen P. McGlynn_
**STEPHEN P. McGLYNN**
**U.S. District Judge**